```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                              CIVIL ACTION
BYRON JOSEPH

VERSUS                                        NO: 08-3992


N. BURL CAIN, WARDEN                          SECTION: "A"(4)
LOUISIANA STATE PENITENTIARY
```

### ORDER AND REASONS

The Court having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection of the petitioner, Byron Joseph, GRANTS the objection solely as to the sufficiency of evidence claim, which is the only claim that Joseph is pursuing. In his memorandum, Joseph indicated that he is abandoning all claims except the insufficiency of evidence claim. (Rec. Doc. 16 at 2).

This Court is persuaded that the State waived any argument pertaining to the procedural bar by failing to raise that defense. See Fisher v. Texas, 169 F.3d 295 (5th Cir. 1999). The Court declines to exercise its discretion to raise the defense *sua sponte* on behalf of the State so as to preclude Joseph from having his claim heard on the merits.

Accordingly, and for the foregoing reasons;

1

**IT IS ORDERED** that the **Objection to the Magistrate's Report and Recommendation (Rec. Doc. 19)** is **GRANTED**. This matter is **REFERRED** to the assigned magistrate judge for a determination on the merits of the sufficiency of evidence claim.

March 14, 2011

                                                   JAY C. ZAINEY
                                     UNITED STATES DISTRICT JUDGE