UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON JOSEPH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3992** |
| **BURL CAIN, WARDEN** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Byron Joseph's request to abandon his claims that he was denied the right to be present at trial, that he was denied the right to testify on his own behalf, that the State failed to timely disclose a scientific report in violation of *Brady v. Maryland*, 373 U.S. 83 (1963), that his appellate counsel gave ineffective assistance, that the trial court erred in denying the motion to suppress the evidence, and that the trial court erred in finding consent to the search, is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, having found that the insufficiency of the evidence claim is without merit, Joseph's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

June 8, 2011

_____
UNITED STATES DISTRICT JUDGE